

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2019

No. 04-18-00762-CV

Anthony Chijioke **NGWU**,
Appellant

v.

Vera Amuche **TONI**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-19833
Honorable Martha Tanner, Judge Presiding

# O R D E R

On August 14, 2019, appellant timely filed a Motion to Extend Time to File Motion for Rehearing and/or En Banc Reconsideration, requesting an extension. After consideration, we **GRANT** appellant a thirty day extension to file his motion for rehearing and/or en banc reconsideration. See TEX. R. APP. P. 49.1, 49.8. The new due date is September 9, 2019.

_____
Beth Watkins, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court